**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43970-ABG |
| | § | |
| GEORGIA LOUISE JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/23/2011, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/23/2011          By:  /s/ David P. Leibowitz
                                            (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-43970-ABG |
| | § | |
| GEORGIA LOUISE JOHNSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $7,541.81
*and approved disbursements of* $888.16
*leaving a balance on hand of[1]:* $6,653.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 2 | CITIFINANCIAL AUTO CREDIT, INC. | $6,029.28 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $6,653.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,415.34 | $0.00 | $1,415.34 |
| David P. Leibowitz, Trustee Expenses | $66.56 | $0.00 | $66.56 |

Total to be paid for chapter 7 administrative expenses: $1,481.90
Remaining balance: $5,171.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,171.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,171.75 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,996.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | American Infosource Lp As Agent for | $3,122.09 | $0.00 | $1,009.41 |
| 3 | American General Finance | $1,954.70 | $0.00 | $631.98 |
| 4 | American General Finance | $10,919.33 | $0.00 | $3,530.36 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $5,171.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez                Page 1 of 1              Date Rcvd: Feb 24, 2011
Case: 09-43970                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Feb 26, 2011.
 db         +Georgia Louise Johnson,    4800 S. Chicago Beach Drive,   Unit 909N,   Chicago, IL 60615-2157
 aty        +James L Hardemon,   Legal Remedies, Chartered,   8527 S Stony Island,   Chicago, IL 60617-2247
 tr         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14747543    +AT & T,    PO Box 8100,   Aurora, IL 60507-8100
14747542    +Americash Loans, LLC,   1513 East 53rd,   Chicago, IL 60615-4509
14747563   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,   P.O. Box 1093,   Northridge, CA 91328)
15568293    +CITIFINANCIAL AUTO CREDIT, INC.,   Pob 9578,   Coppell TX 75019-9513
14747544    +Chase,   P.O. Box 901039,   Fort Worth, TX 76101-2039
14747545    +Chase Manhattan Mortgage,   10790 Rancho Bernardo Rd.,   San Diego, CA 92127-5705
14747546     Citi Auto,   2208 Highway 121,   Ste 100,   Bedford, TX 76021-5981
14747547     City of Chicago Dept of Water,   P O Box 6330,   Chicago, IL 60680-6330
14747549    +Earl Hopewell,   1300 E. 47th Street, #129,   Chicago, IL 60653-4508
14747550    +Fremont Investment,   175 N Riverview Drive,   Anaheim, CA 92808-1225
14747551    +HFC,   PO Box 8873,   Virginia Beach, VA 23450-8873
14747552    +HSBC Auto Finance,   PO Box 829009,   Dallas TX 75382-9009
14747553    +Ira T. Nevel,   175 North Franklin,   Suire 201,   Chicago, IL 60606-1832
14747554    +Jerome E. Riley,   Freedman Anselmo Lindberg & Rappe,   1807 W Diehl Road Suite 333,
              Naperville, IL 60563-1890
14747555    +Mercy Hospital and Medical Center,   2525 South Michigan Avenue,   Chicago, IL 60616-2332
14747556    +Peoples Gas,   Chicago, IL 60687-0001
14747557     Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
14747558     Sami Bittar, MD,   5201 S. Willow Springs Road,   Suite 440,   La Grange, IL 60525-6546
16259039     Santander Consumer USA Inc. successor in interest,   to Drive Financial Services,   PO Box 560284,
              Dallas, TX 75356-0284
14747559     Specialized Loan Servicing, LLC,   PO Box 105219,   Atlanta, GA 30348-5219
14747560    +Synergetic Communication, Inc.,   155 Jackson Avenue N Suite 19,   Hopkins, MN 55343-8585
14747561    +Target National Bank,   C/O Freedman Anselmo Lingberg Rappe,   PO Box 3228,
              Naperville, IL 60566-3228
14747562    +Van Ru Credit Corp.,   1350 East Touhy,   Des Plaines, IL 60018-3303
The following entities were noticed by electronic transmission on Feb 24, 2011.
14747540     E-mail/PDF: cbp@agfinance.com Feb 25 2011 00:55:27     American General Finance,   PO Box 790368,
              Saint Louis, MO 63179-0368
15977907     E-mail/PDF: cbp@agfinance.com Feb 25 2011 00:12:10     American General Finance,   3615 W 95TH ST,
              EVERGREEN PARK, IL 60805-2119
14747541     E-mail/PDF: cbp@agfinance.com Feb 25 2011 00:27:40     American General Finance,
              3632 West 95th Street,   Evergreen Park, IL 60805-2106
15567398     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2011 00:06:01
              American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
14747548    +E-mail/Text: legalcollections@comed.com                         ComEd,   Bill Payment Center,
              Chicago, IL 60668-0001
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2011**                           **Signature:** *Joseph Speetjens*